# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN P. HERNANDEZ,<br><br>Petitioner,<br><br>vs.<br><br>D.K. SISTO, Warden,<br><br>Respondent._____/ | 1:07-cv-01730 OWW-TAG (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **December 17, 2007**　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE