UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN P. HERNANDEZ,<br><br>        Petitioner,<br><br>  vs.<br><br>D.K. SISTO,<br><br>        Respondent.<br>_____/ | 1:07-cv-01730 OWW TAG  (HC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE<br><br>(Doc. 6) |

On February 29, 2008, Petitioner filed a motion for a 30-day extension of time (Doc. 6) to file a response to the Order to Show Cause filed on January 24, 2008 (Doc.5).  Petitioner's response to the Order to Show Cause was due February 27, 2008.  The Court has considered Petitioner's motion, finds that good cause exists to grant it, and makes the following order:

       1. Petitioner's motion for an extension of time to file a response to the Order to Show Cause is GRANTED;

       2. Petitioner shall have to and including March 28, 2008 to file a response to the Order to Show Cause; and

       3. No further extensions of time will be granted absent extraordinary circumstances.

Petitioner is advised that failure to comply with this order may result in Finding and Recommendations recommending that the petition for writ of habeas corpus be dismissed.

IT IS SO ORDERED.

Dated:  **March 13, 2008**                                     **/s/ Theresa A. Goldner**
                                                                                 UNITED STATES MAGISTRATE JUDGE